United States District Court
501 W. Tenth Street, Rm. 310
Fort Worth, Tx 76102


September 27,2023

OCT 16 2023 PM1:22
RECEIVED-USDC-NDTX-FW

Re: United States v LeDaniel Russell, 4:19-CR-367-2
Sub: Court Record


Dear Clerk of Court,

   This is my second attempt in getting my court record. Can you please provide me with the following documents:

1. Docket Sheet

2. Plea Agreement & Factual Resume/Stipulation

3. Judgment of Commitment

4. State of Reasons.

   These documents are needed for the sole purpose of challenging my conviction and sentence. I respectfully ask that these documents be pro-vived free of charge as I do not have the means to pay for them.



Respectfully

LeDaniel Russell #59580-177
F.C.C. Beaumont
P.O. Box. 26040
Beaumont, Tx. 77720



NORTH HOUSTON TX 773
29 SEP 2023  PM 7  L



RECEIVED

OCT 1 6 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

76102-364185

Court Clerk
United States District Court
501 W. Tenth Street, Rm 310
Fort Worth, Tx
76102