UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**

v.                                                              **No. 4:19-cr-0367-P**

**LEDANIEL VERNELL RUSSELL**

### ORDER DENYING DISCOVERY

The motion of Ledaniel Vernell Russell for discovery is **DENIED**. His judgment became final in 2021 and a motion under Section 2255 would be untimely.

**SO ORDERED** on this **20th day** of **August, 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE